IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES, INTERNAL REVENUE SERVICE, ARTHUR WELP, IRS Appeals Agent; SUCCESSOR IRS AGENT TO ARTHUR WELP, AND UNITED STATES TREASURY,<br><br>        Defendants. | **8:15CV143**<br><br>**ORDER** |

    Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance

    Accordingly,

    IT IS ORDERED:

1) The plaintiff is given 30 days, or until October 19, 2015, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of October 26, 2015 to verify compliance with this order.

Dated this 18th day of September, 2015

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge